≋AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

RECEIVED

2007 JUL 27 A 10: 37

P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

Plaintiff

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

V.

Defendant

CASE NUMBER: 2:07cv685-ID

I, __ZEPHYRINUS EGBUONU__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant      ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __FEDERAL DETENTION CENTER__

   Are you employed at the institution? __YES__   Do you receive any payment from the institution? __$15 PER MONTH.__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☐ No   I AM INCARCERATED.

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment      ☐ Yes   ☒ No
   b. Rent payments, interest or dividends               ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes   ☒ No
   d. Disability or workers compensation payments       ☐ Yes   ☒ No
   e. Gifts or inheritances                              ☐ Yes   ☒ No
   f. Any other sources                                  ☐ Yes   ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☒ Yes   ☐ No

   If "Yes," describe the property and state its value.
   1988 HONDA CIVIL CRX

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

JULY 24, 2007                                Egbuonu Zephyr
_____                              _____
     Date                                    Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

Deposits                                                                           🖶 PRINT

Inmate Name:     EGBUONU, ZEPHYRINUS              Housing Unit:    OAD-V-A
Report Date:     07/11/2007                        Living Quarters: V01-020L
Report Time:     10:08:25 AM

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 7/10/2007 11:24:25 AM | TP_PHONE | Phone Withdrawal | ($3.00) | TFN0710 | | $0.34 |
| 7/9/2007 2:02:31 PM | OAX2009 | Payroll - IPP | $2.40 | GIPP0607 | | $3.34 |
| 7/1/2007 11:36:05 AM | TP_PHONE | Phone Withdrawal | ($9.00) | TFN0701 | | $0.94 |
| 7/1/2007 6:25:21 AM | TP_PHONE | Phone Withdrawal | ($10.00) | TFN0701 | | $9.94 |
| 6/27/2007 11:13:20 AM | OAX3007 | Sales | ($15.15) | 10 | | $19.94 |
| 6/22/2007 5:35:16 PM | TP_PHONE | Phone Withdrawal | ($15.00) | TFN0622 | | $35.09 |
| 6/22/2007 5:14:51 AM | AMSERVICE | Lockbox - CD | $50.00 | 70185701 | | $50.09 |
| 6/20/2007 12:07:20 PM | OAX3002 | Sales | ($75.13) | 50 | | $0.09 |
| 6/18/2007 1:32:39 PM | TP_PHONE | Phone Withdrawal | ($5.00) | TFN0618 | | $75.22 |
| 6/18/2007 10:09:05 AM | TP_PHONE | Phone Withdrawal | ($20.00) | TFN0618 | | $80.22 |
| 6/18/2007 5:15:43 AM | AMSERVICE | Lockbox - CD | $100.00 | 70185303 | | $100.22 |
| 6/9/2007 10:41:28 AM | TP_PHONE | Phone Withdrawal | ($9.00) | TFN0609 | | $0.22 |
| 6/6/2007 11:50:46 AM | OAX3007 | Sales | ($61.42) | 31 | | $9.22 |
| 6/6/2007 11:50:40 AM | OAX3007 | Sales | $0.00 | 30 | | $70.64 |
| 6/5/2007 7:30:44 PM | TP_PHONE | Phone Withdrawal | ($10.00) | TFN0605 | | $70.64 |
| 6/4/2007 4:25:36 PM | TP_PHONE | Phone Withdrawal | ($20.00) | TFN0604 | | $80.64 |
| 6/4/2007 5:24:33 AM | AMSERVICE | Lockbox - CD | $100.00 | 70184303 | | $100.64 |
| 6/1/2007 9:39:05 AM | TP_PHONE | Phone Withdrawal | ($2.00) | TFN0601 | | $0.64 |
| 5/30/2007 11:17:58 AM | OAX3007 | Sales | ($10.80) | 16 | | $2.64 |
| 5/23/2007 2:32:13 PM | OAX3002 | Sales | ($7.05) | 44 | | $13.44 |
| 5/21/2007 5:26:30 PM | TP_PHONE | Phone Withdrawal | ($5.00) | TFN0521 | | $20.49 |
| 5/16/2007 11:41:25 AM | OAX3002 | Sales | ($35.50) | 32 | | $25.49 |
| 5/12/2007 3:03:54 PM | TP_PHONE | Phone Withdrawal | ($20.00) | TFN0512 | | $60.99 |
| 5/9/2007 11:37:04 AM | OAX3002 | Sales | ($45.69) | 28 | | $80.99 |
| 5/5/2007 1:37:24 PM | TP_PHONE | Phone Withdrawal | ($30.00) | TFN0505 | | $126.68 |
| 5/2/2007 8:32:50 PM | TP_PHONE | Phone Withdrawal | ($20.00) | TFN0502 | | $156.68 |
| 5/2/2007 11:36:22 AM | OAX3007 | Sales | ($24.05) | 28 | | $176.68 |
| 5/1/2007 6:07:44 AM | TP_PHONE | Phone Withdrawal | ($30.00) | TFN0501 | | $200.73 |
| 4/28/2007 6:32:53 PM | TP_PHONE | Phone Withdrawal | ($10.00) | TFN0428 | | $230.73 |
| 4/28/2007 5:20:00 AM | AMSERVICE | Lockbox - CD | $125.00 | 70181901 | | $240.73 |
| 4/26/2007 5:08:20 PM | TP_PHONE | Phone Withdrawal | ($10.00) | TFN0426 | | $115.73 |
| 4/26/2007 11:24:17 AM | OAX3007 | Sales | ($15.60) | 14 | | $125.73 |
| 4/25/2007 1:43:08 PM | TP_PHONE | Phone Withdrawal | ($20.00) | TFN0425 | | $141.33 |
| 4/25/2007 11:37:29 AM | OAX3007 | Sales | ($29.00) | 39 | | $161.33 |
| 4/25/2007 5:21:57 AM | AMSERVICE | Lockbox - CD | $90.00 | 70181601 | | $190.33 |
| 4/25/2007 5:21:52 AM | AMSERVICE | Lockbox - CD | $100.00 | 70181601 | | $100.33 |
| 4/18/2007 4:23:41 PM | TP_PHONE | Phone Withdrawal | ($21.00) | TFN0418 | | $0.33 |
| 4/18/2007 11:41:01 AM | OAX3002 | Sales | ($23.60) | 43 | | $21.33 |
| 4/14/2007 7:23:36 PM | TP_PHONE | Phone Withdrawal | ($20.00) | TFN0414 | | $44.93 |
| 4/12/2007 8:17:22 PM | TP_PHONE | Phone Withdrawal | ($30.00) | TFN0412 | | $64.93 |
| 4/11/2007 3:42:24 AM | SENTRY | Transfer - In from TRUFACS | $94.93 | TX041107 | | $94.93 |

1

## CERTIFICATE OF SERVICE

I certify that I have served a true and correct copy of Plaintiff's Motion for Appointment of Counsel, Affidavit of Zephyrinus Egbuonu, Application to proceed without prepayment of fees and affidavit, via United States Postal Service, Postage prepaid, properly affixed and addressed to:

Office of the Clerk
Civil Division
United States District Courts
Middle District Alabama
Montgomery, Alabama 36104        USPS Certified No. 7006 2760 0001 0414 0017

Respectfully submitted, this 24th, day of July, 2007.

*Egbuonu Zephyr*
Zephyrinus Egbuonu

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

ZEPHYRINUS EGBUONU

    Plaintiff

-against-

KILBY CORRECTIONAL FACILITY;
KITCHEN STEWARD, WILLIAM; KITCHEN
STEWARD, VANCE; LIEUTENANT CASH;
SUED IN THEIR INDIVIDUAL CAPACITIES,
KITCHEN CHIEF STEWARD, WARREN;
CAPTAIN, BARRETT; DEPUTY WARDEN,
ROWELL; WARDEN, CAMPBELL; AND
ALABAMA DEPARTMENT OF CORRECTIONS,
SUED IN THEIR INDIVIDUAL AND OFFICIAL
CAPACITIES.

    Defendants.

Civil Number 2:07cv685-ID

Jury Trial Demanded

Plaintiff reserves the right
to Amend complaint and
damages.

## AFFIDAVIT OF ZEPHYRINUS EGBUONU

Comes Now, the Plaintiff Zephyrinus Egbuonu, and does petition this court as Plaintiff in forma pauperis:

1. I am twenty-one (21) years of age and resident of Los Angeles, California.

2. I have been confined in jail and prison since 2003 and I have no income and no asserts. I have no means of support.

3. I request this court to confirm my status as in forma pauperis and to waive the cost in this civil complaint as well as the cost of the summons and transcript.

Respectfully submitted, this 24th day of July, 2007.

*Egbuonu Zephyr*
Zephyrinus Egbuonu
# 27041 - 265
Federal Detention Center
P. O. Box 5010
Oakdale, Louisiana 71463