IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA  RECEIVED

2007 JUL 27 A 10: 30

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

ZEPHYRINUS EGBUONU

    Plaintiff

-against-

KILBY CORRECTIONAL FACILITY;
KITCHEN STEWARD, WILLIAM; KITCHEN
STEWARD, VANCE; LIEUTENANT CASH;
SUED IN THEIR INDIVIDUAL CAPACITIES,
KITCHEN CHIEF STEWARD, WARREN;
CAPTAIN, BARRETT; DEPUTY WARDEN,
ROWELL; WARDEN, CAMPBELL; AND
ALABAMA DEPARTMENT OF CORRECTIONS,
SUED IN THEIR INDIVIDUAL AND OFFICIAL
CAPACITIES.

    Defendants.

Civil Number 2:07 CV 685-ID

Jury Trial Demanded

Plaintiff reserves the right
to Amend complaint and
damages.

## Plaintiff's Motion For Appointment Of Counsel

Pursuant to 28 U. S. C. § 1915 (e)(1), Plaintiff moves for an order appointing to represent him in this case. In support of this motion, plaintiff states:

1. Plaintiff cannot afford to hire a lawyer. He has requested leave to proceed in forma pauperis in this case.

2. Plaintiff's detained in Federal Detention Center, Oakdale, Louisian will greatly limit his ability to litigate this case. This case will likely involve substantial investigation and discovery in Alabama State.

3. The issues in this case are complex for Plaintiff. A lawyer would help

Plaintiff to apply the law properly in the briefs and before the court.

4. A trial in this case will likely involve conflicting testimony. A lawyer would assist Plaintiff in the presentation of evidence and the cross-examination of opposing witnesses.

5. Plaintiff has made repeated effort to obtain a lawyer but was unsucessfully.

Wherefore, Plaintiff request that the court appoint lawyer (counsel) to represent him in this case.

Respectfully submitted, this 24th day of July, 2007.

*Egbuonu Zephyr*
Zephyrinus Egbuonu
#27041-265
Federal Detention Center
P. O. Box 5010
Oakdale, Louisiana 71463