IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 AUG 21 A 9: 2⁻

| | |
|---|---|
| ZEPHYRINUS EGBUONU<br><br>Plaintiff<br><br>-against-<br><br>KILBY CORRECTIONAL FACILITY;<br>KITCHEN STEWARD, WILLIAM; KITCHEN<br>STEWARD, VANCE; LIEUTENANT CASH;<br>SUED IN THEIR INDIVIDUAL CAPACITIES,<br>KITCHEN CHIEF STEWARD, WARREN;<br>CAPTAIN, BARRETT; DEPUTY WARDEN,<br>ROWELL; WARDEN, CAMPBELL; AND<br>ALABAMA DEPARTMENT OF CORRECTIONS,<br>SUED IN THEIR INDIVIDUAL AND OFFICIAL<br>CAPACITIES.<br><br>Defendants. | Civil Number 2:07-CV-685-ID<br><br>Jury Trial Demanded |

<u>Motion for Additional Time to submit Forma Pauperis Documents</u>

**Comes Now,** the plaintiff, Zephyrinus Egbuonu, does request this Honorable Court to allow additional time in the above styled cause from August 20, 2007 and to specially set a date for submiiting the court order request of **average monthly balance and deposits** of plaintiff's account for six month period. As grounds thereof, the plaintiff avers the following:

1. Plaintiff is an **immigration civil detainee** from February 5, 2007 to present.

2. Plaintiff is now detained at Federal Detention Center, Oakdale, Louisiana.

3. Plaintiff received the court order on August 7, 2007 through the United States Postal Mail.

4. Plaintiff have been incarcerated in various prisons and detention centers, and more time is needed to allow Plaintiff to obtain the court order from the respective prison and detention center in which Plaintiff was formerly incarcerated and detained.

5. Plaintiff have sent letters to the prison and detention centers in which he was formerly incarcerated, to provide him an inmate and detainee account statements reflecting the aforesaid court order. (See Attachment 1).

6. Plaintiff have not received any response from them to enable Plaintiff to mail the court order request to the court before the due deadline of August 20, 2007.

7. Plaintiff hereby attaches his detainee' statement reflecting the average monthly balance and deposits from Federal Detention Center, Oakdale, Louisiana 71463.

Wherefore, premises considered, the plaintiff would respectfully request additional time to submit the court order request in the above-styled cause, if the attached Federal Detention Center documents is insufficient.

Respectfully submitted on this the 14th day of August, 2007.

*Egbuonu Zephyr*
Zephyrinus Egbuonu
# 27041-265
Federal Detention Center
P. O. Box 5010
Oakdale, Louisiana 71463

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

RECEIVED

2007 AUG 21  A 9: 2^

Plaintiff

V.

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 2:07 - CV - 685 -ID

I, __ZEPHYRINUS EGBUONU__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant      ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ☒ Yes     ☐ No     (If "No," go to Part 2)

    If "Yes," state the place of your incarceration __FEDERAL DETENTION CENTER__

    Are you employed at the institution? __YES__   Do you receive any payment from the institution? __$15 PER MONTH.__

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?     ☐ Yes     ☐ No     I AM INCARCERATED.

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment     ☐ Yes     ☒ No
    b. Rent payments, interest or dividends              ☐ Yes     ☒ No
    c. Pensions, annuities or life insurance payments    ☐ Yes     ☒ No
    d. Disability or workers compensation payments       ☐ Yes     ☒ No
    e. Gifts or inheritances                             ☐ Yes     ☒ No
    f. Any other sources                                 ☐ Yes     ☒ No

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☒ Yes   ☐ No

   If "Yes," describe the property and state its value.
   1988 HONDA CIVIL CRX

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

JULY 24, 2007                                Egbuony Zephyr
_____                               _____
     Date                                      Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

Middle District of Alabama, Northern Div.
Case No. 2:07-CV-685-ID

## PRISONER AUTHORIZATION

If my request to proceed without prepayment of filing fees is granted, I understand that I am required by statue to pay the full amount of the filing fees for this case, regardless of my forma pauperis status and the disposition of this case. I further authorize the prison officials at this institution to assess, collect and forward to the Court the full amount of these fees, in monthly payments based on the average of deposits to or balance in my prison trust account in accordance with 28 U.S.C. Section 1915.

_____Egbuonu Zephyr_____
Prisoner-Plaintiff (Signature)

## CERTIFICATE OF AUTHORIZED OFFICER

I hereby certify that the Prisoner-Plaintiff herein has credit in the sum of $ .29 on account at the _Federal Detention Center_ institution where Prisoner-Plaintiff is confined.

I further certify that during the past six months the applicant's average monthly balance was $ 54.38. I further certify that during the past six months the average of monthly deposits to the applicant's account was $ 121.16.

A certified copy of the prisoner-plaintiff's trust account statement for the last six (6) months is attached.

_08-09-07_
Date

_____[signature]_____
Authorized Officer of Institution (Signature)

---

REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES WITH DECLARATION IN SUPPORT
CV-60P (04/06)                                                                                              Page 3 of 3

# 27041265
Federal Detention Center
P. O. Box 5010
Oakdale, LOuisiana 71463


August 9, 2007


The Business Office/Inmates Account Section
Staton Correctional Facility
P. O. Box 56
Elmore, Alabama 36025

Dear Sir / Madam :

I was ordered by United States District Court for the Middle District of Alabama Northern Division to submit my inamte account statement reflecting the following:

   1. My Average Monthly Balabance for Six Month period; Sept. 2006 to Feb. 2007.
   2. My Average Monthly Deposit for Six Month period; Sept. 2006 to Feb. 2007.
   3. Signed Certificate of Authorized Officer as I attached.

from my inamtes account in Staton Correctional Facility prior to my release so that I can comply with the Federal Court prior to due deadline of August 20, 2007.

I enclosed two stamped envelope with addresses to enable your office mail one copy to the court and me respectively.  In addition, note I was an inmate at Staton Correctional Facility from August 2006 to February 2007, my AIS Number was 242109 and released on parole on February 5, 2006 to immigration officer.

Thank you for your assistance in this matter.

Sincerely,

*Egbuomu Zephyr*


Federal Detention Center
P. O. Box 5010
Oakdale, Louisiana 71463

Federal Detention Center

P. O. Box 5010

Oakdale, Louisiana 71463


August 8, 2007


The Warden / Account Office

Tensas Parish Detention Center (TPDC)

8606 Highway 65

Waterproof, Louisiana 71375


Reference:   Former Detainee's Account - Zephyrinus Egbuonu

   TPDC #2007020438

   Alien No. A02858318


Dear Sir / Madam:

I was an inmate in your detention center form February 9, 2007 to March 4, 2007. Recently, I was ordered by the Federal Court in Alabama to submit my last **six months average monthly inmates account statement balance** prior to my filing of this document. I was required to submit the aforesaid before August 20, 2007. I would be grateful if your staff can provide me with my february average monthly detainee's account statement in the month of februay 2007 I was in TPDC, SO I can meet the deadline.

Ensclosed is a stamped self addressed envelope to use and mail back the attached "Certificate of Authorized Officer" after you sign and above aforesaid request, to the court and a copy to me.

Sincerely,

*Egbuonu Zephyr*

Zephyrinus Egbuonu

# 27041265

Zephyrinus Egbuonu
# 27041265
Federal Detention Center
P. O. Box 5010
Oakdale, Louisiana 71463

<u>LEGAL MAIL</u>



7006 2760 0001 0414 1939

Office of the Clerk (Case No. 2:07-CV-685-ID)
Civil Division
United States District Court
Middle District of Alabama
15 Lee Street
Montgomery, Alabama 36104