IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

ZEPHYRINUS EGBUONU,     *
#27041-265
    Plaintiff,               *

    v.                        *           2:07-CV-685-ID
                                              (WO)
KILBY CORRECTIONAL FACILITY, *
*et al.*,
    Defendants.            *

_____

## ORDER ON MOTION

Plaintiff has submitted a request for additional time to comply with the court's July 31, 2007 order that he submit information regarding his inmate account. Upon consideration of the motion, which includes relevant information concerning the average monthly balances and deposits to Plaintiff's account for the past six months, it is

ORDERED that the motion (Doc. No. 6) be and is hereby DENIED as moot.

Done, this 23rd day of August 2007.

                                                /s/ Terry F. Moorer
                                                TERRY F. MOORER
                                                UNITED STATES MAGISTRATE JUDGE