IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 SEP 14 A 9: 46
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

ZEPHYRINUS EGBUONU

    Plaintiff

-against-

KILBY CORRECTIONAL FACILITY;
KITCHEN STEWARD, WILLIAM; KITCHEN
STEWARD, VANCE; LIEUTENANT CASH;
SUED IN THEIR INDIVIDUAL CAPACITIES,
KITCHEN CHIEF STEWARD, WARREN;
CAPTAIN, BARRETT; DEPUTY WARDEN,
ROWELL; WARDEN, CAMPBELL; AND
ALABAMA DEPARTMENT OF CORRECTIONS,
SUED IN THEIR INDIVIDUAL AND OFFICIAL
CAPACITIES.

    Defendants.

Civil Number 2:07-CV-685-ID

Jury Trial Demanded


PLAINTIFF'S MOTION TO RECONSIDER THE COURT"S
ORDER OF AUGUST 23, 2007, ON HIS IN
FORMA PAUPERIS APPLICATION

    Plaintiff, **Zephyrinus Egbuonu,** Pro-Se hereby moves this Honorable Court to Reconsider its order of August 23rd, 2007, erroneous application of the Prisoner's Litigation Reforms Act of 1996 ("PLRA") filing fee provision to the Plaintiff, an **Immigration Civil Detainee.** In support of this motion, Plaintiff submits as follows:

As a threshold matter, Plaintiff submits that because the plain language of the PLRA, as codified in 28 U.S.C.A. section 1951(h) clearly refers Prisoners as "any person incarcerated or detained in any facility who is accused of, convicted of, sentenced for, or adjudicated delinquent for, violation of criminal law or the terms and conditions of parole, probation, pretrial release, or diversionary program". Plaintiff is not under any criminal sentence but an **Immigration Civil Detainee** awaiting removal, and the court's order requesting for the an initial partial filing fee. Plaintiff now request for the court to reverse the court's order and grant Plaintiff to proceed without prepayment of fees based on Plaintiff indigency.

Plaintiff submits that courts have held the "Prisoner" is limited to an individual who is currently detained as a result of accusation, or sentence for criminal offenses. **Page v. Torrey** 201 F. 3d 1136, 1139 (9th Cir. 2000). Thus, the term Prisoner does not encompass a **Civil Detainee** such as the Plaintiff in this case and the filing fee provision should not apply. Especially, since Plaintiff is not now accused of any criminal offenses, neither is Plaintiff awaiting or serving sentence, but instead a **Civil Imigration Detainee** awaiting removal or release from custody.

Consistent with the principle that removal is a **Civil** rather than a **Criminal** procedure, the Ninth Circuit has held an alien detained by INS/ICE pending removal is not a **"Prisoner"** within meaning of the PLRA, and thus found that the **"Filing Fee"** requirement of the PLRA do not apply to an alien detainee proceeding in **"forma Pauperis"**. See **Agyeman v. INS,** 296 F. 3d 871 (9th Cir. 2002). See also **Kolocotronis v. Morgan,** 247 F. 3d 726 (8th Cir. 2001) [holding that an inmate being held at a mental institution pursuant to a finding that he was not guilty by reason of insanity was not a Prisoner within the meaning of the PLRA ]; **Lafontant v. INS,** 135 F. 3d 158, 165 (D.C. Cir. 1998)[ Incarcerated

alien facing deportation is not a **"Prisoner"** for the purpose of the PLRA]; **Ojo v. INS,** 106 F. 3d 680, 683 (5th Cir. 1997)[PLRA does not bring an alien detainees within its sweep.

The Eleventh Circuit Court of Appeals within whose jurisdiction this Honorable Court sits had also followed the reasoning of the above cited cases in holding that "**PLRA**" straight forward definition of "Prisoner" apply **only** to person incarcerated as punishment for criminal conviction" See **Troville v. Venz,** 303 F. 3d 1256, 1260 (11th Cir. 2002). Citing several immigration detainees cases, the Court found that a Civil detainess simply does not fall under 28 U.S.C.A. section 1915 definition of Prisoner and concluded that Troville needs not pay the filing fee for his Civil Rights Action.

This Honorable Court is bound by the Honorable Court is bound by the Honorable Eleventh Circuit's precent in **Troville,** and must thus reconsiders its erroneous Application of **PLRA's** filing fees provision to this Immigration Civil detainee.

Based on the foregoing citations and authorities, this Honorable Court needs to Reconsider its position of Order requesting partial payment of $34.23 and allow this suit to continue without prepayment of partial filing fee.

Plaintiff moves to point out that the Plaintiff new earn income in the Federal Detention Center Facility is $5.00 per month, and only subsist on meager donations from friends and family for the payment of postage, and other necessities. This Honorable Court imposed a pay of $34.23 as an initial partial fee and monthly payments of 20 percent of each prceding months's income and/or funds credited to his account as payments towards the $350.00 filing fee thereafter, which is unavailable in Plaintiff's account. It is respectfully submitted that even the **PLRA** did not allow the payment of fees that a litigant did not have.

Plaintiff now submits is unable to procure the initial partial filing fee within the time allowed by this Honorable Court and now request an extension of time within which to file the fee is this Honorable Court.

**WHEREFORE**, for the foregoing reasons, this Honorable Court should reconsider its Order of August 23rd, 2007 and allow Plaintiff complaint to proceed without prepayment of fees and or grant Plaintiff request for an extension of time within which to file the fee.

Respectfully submitted on this the September 7, 2007.

*Egbuonu Zephyr*
Zephyrinus Egbuonu
# 27041 265
Federal Detention CEnter
P. O. Box 5010
Oakdale, Louisiana 71463

## CERTIFICATE OF SERVICE

I certify that I have served a true and correct copy of Plaintiff's Motion to Reconsider the Court's Order of August 23rd, 2007, on his in Forma Pauperis Application, via United States Postal Service, Postage prepaid, properly affixed and addresses to:

Office of the Clerk
Civil Division
United States District Court
Middle District of Alabama
15 Lee Street
Montgomery, Alabama 36104


Respectfully submitted, the 7th day of September, 2007.

*Egbuonu Zephyr*
_____
Zephyrinus Egbuonu



Office of the Clerk (2:07-CV-685-ID)
Civil Division
United States District Court
Middle District of Alabama
15 Lee Street
Montgomery, Alabama 36104

7006 2760 0001 0414 1977

Zephyrinus Egbuonu
#27041265
Federal Detention Center
P. O. Box 5010
Oakdale, Louisiana 71463

**Legal Mail**