IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

ZEPHYRINUS EGBUONU,  *
#27041-265
    Plaintiff,  *

    v.  *  2:07-CV-685-ID

KILBY CORRECTIONAL FACILITY,  *
*et al.*,
    Defendants.  *

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Reconsideration of the court's August 23, 2007 order directing payment of an initial partial filing fee, it is

ORDERED that the motion (Doc. No. 12) be and is hereby GRANTED and the court's August 23, 2007 order (Doc. No. 9) be and is hereby WITHDRAWN.

It is further

ORDERED that Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. No. 2) be and is hereby GRANTED.

Done, this 20th day of September 2007.

                                           /s/ Terry F. Moorer
                                        TERRY F. MOORER
                                        UNITED STATES MAGISTRATE JUDGE