**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1.

Lieutenant Cash
Kilby Correctional Facility
P. O. Box 150
Mt. Meigs, AL 36057-0150

07cv685 Emp + OP

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Paul Rogen
☐ Agent
☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
Paul Rogers    9 21 07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

7006 2760 0005 4873 8061

Domestic Return Receipt    102595-02-M-1540