| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Paul Roger  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery<br>PAuL Rogers   9/21/07 |
| 1. <br>Captain Barrett<br>Kilby Correctional Facility<br>P. O. Box 150<br>Mt. Meigs, AL 36057-0150 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 07cv685 cmp + 0P | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 2760 0005 4873 8023 |

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

Case 2:07-cv-00685-ID-TFM   Document 17   Filed 09/24/2007   Page 1 of 1