**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1.

Deputy Warden Rowell
Kilby Correctional Facility
P. O. Box 150
Mt. Meigs, AL 36057-0150

07cv685 C+OP

2. Article Number
(Transfer from service label)

7006 2760 0005 4873 8085

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Paul Rogers     ☐ Agent  ☐ Addressee

B. Received by (Printed Name): PAul Rogers
C. Date of Delivery: 9/21/07

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes