| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X /s/ Paul Rogers      ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): PAUL Rogers    C. Date of Delivery: 9/21/07<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>Kitchen Chief Steward Warren<br>Kilby Correctional Facility<br>P. O. Box 150<br>Mt. Meigs, AL 36057-0150<br><br>07cv685 cmp+op | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)     ☐ Yes |
| 2. Article Number (Transfer from service label)  7006 2760 0005 4873 8030 | |

PS Form 3811, February 2004    Domestic Return Receipt    5-02-M-1540