**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Kitchen Steward Vance
   Kilby Correctional Facility
   P. O. Box 150
   Mt. Meigs, AL 36057-015

   07cv685 cmp+0P

2. Article Number (Transfer from service label): 7006 2760 0005 4873 8054

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Paul Ry—            ☐ Agent   ☐ Addressee

B. Received by (Printed Name): Paul Royes
C. Date of Delivery: 9/21/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered      ☑ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540