IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| ZEPHYRINUS EGBUONU, #27041-265 | * | |
|     Plaintiff, | * | |
|     v. | * | 2:07-CV-685-ID |
| KILBY CORRECTIONAL FACILITY, *et al.*, | * | |
|     Defendants. | * | |

_____

## ORDER ON MOTION

On October 9, 2007 Plaintiff filed a Motion for Reconsideration of the court's September 21, 2007 Recommendation of the Magistrate Judge which recommended dismissal of Plaintiff's complaint against the Alabama Department of Corrections and the Kilby Correctional Facility. The court has carefully reviewed Plaintiff's motion and finds that he presents no meritorious legal reason why it should reconsider its decision.

Accordingly, it is ORDERED that Plaintiff's Motion for Reconsideration of the September 21, 2007 Recommendation of the Magistrate Judge (*Doc. No. 23*) be and is hereby DENIED.

Done, this 10th day of October 2007.

                                            /s/ Terry F. Moorer
                                            TERRY F. MOORER
                                            UNITED STATES MAGISTRATE JUDGE