IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ZEPHYRINUS EGBUONU, #27041-265 ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 2:07cv685-ID |
| v. ) | |
| ) | |
| ) | |
| KILBY CORRECTIONAL FACILITY, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Before the court are the Recommendation of the Magistrate Judge and Plaintiff's Objections. (Doc. Nos. 15, 23.) Having conducted a *de novo* determination of those portions of the Recommendation to which objections are made, it is CONSIDERED and ORDERED as follows:

1. Plaintiff's Objections be and the same are hereby OVERRULED.

2. The Recommendation of the Magistrate Judge be and the same is hereby ADOPTED, APPROVED and AFFIRMED.

3. Plaintiff's claims against the Kilby Correctional Facility and the Alabama Department of Corrections be and the same are hereby DISMISSED with prejudice prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

4. The Kilby Correctional Facility and the Alabama Department of Corrections are hereby DISMISSED as parties to this lawsuit.

5.   With respect to Plaintiff's claims against the remaining defendants, this case is hereby REFERRED back to the magistrate judge for further proceedings.

DONE this 11th day of October, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE