IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 OCT 18 A 10:46
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

ZEPHYRINUS EGBUONU

Plaintiff

-against-

KILBY CORRECTIONAL FACILITY;
KITCHEN STEWARD, WILLIAM; KITCHEN
STEWARD, VANCE; LIEUTENANT CASH;
SUED IN THEIR INDIVIDUAL CAPACITIES,
KITCHEN CHIEF STEWARD, WARREN;
CAPTAIN, BARRETT; DEPUTY WARDEN,
ROWELL; WARDEN, McDonell AND
ALABAMA DEPARTMENT OF CORRECTIONS,
SUED IN THEIR INDIVIDUAL AND OFFICIAL
CAPACITIES.

Defendants.

Civil Number 2:07cv685

Jury Trial Demanded

Amendment to the Complaint

## MOTION FOR LEAVE TO AMEND

**Comes Now Plaintiff,** Zephyrinus Egbuonu, now an Immigration Civil Detainee at Oakdale Louisiana, Pro-Se, hereby moves this Honorable Court to allow Plaintiff's motion for leave to amend correcting Original filed Complaint Defendant Name and Address which was improperly used. Plaintiff submits as follows:

1. Defendant Warden Campbell name and address as appeared in Plaintiff's Civil Complaint was improper.

2. Defendant Warden Campbell was not the actual Kilby Correctional Facility Warden at the time of the event.

  3. Defendant Warden Campbell was the actually, Commissioner of Alabama Department of Corrections at the time of the event took place.

  4. The Kilby Correctional Facility Warden at the time of the event was Warden Terrence Mcdonell and Warden McDonell is the proper Defendant in this cause of action.

  5. Defendant Warden Terrence McDonell currently the Assistant Comissioner of Alabama Department of Corrections.

  6. Defendant Warden Terrence McDonell current address is 301 S. Riley Street, Montgomery, Alabama 36130.

Plaintiff's submits and request that this Honorable shall allow him to replace the improper name and address in his filed Civil Complaint with proper Defendant's name and address as described above.

W H E R E F O R E, for the foregoing reasons, this Honorable Court shall allow and grant Plaintiffs' request motion for leave to amend correcting Defendant Campbell to Defendant Warden Terrence McDonell and his address.

Respectfully Submitted, this 10th, day of October, 2007

              *Egbuonu Zephyr*
              Zephyrinus Egbuonu
              # 27041 - 265
              Federal Detention Center
              P. O. Box 5010
              Oakdale, Louisiana 71463

## CERTIFICATE OF SERVICE

    I certify that I have served a true and correct copy of Motion for Leave to Amend correcting Defendant Campbell name and Address to Warden Terrence McDonell of Kilby Correctional Facility, via United States Postal Service, postage prepaid, properly affixed and addressed to:

    General Counsel
    Alabama Department of Correction
    301 South Riley Street
    Montgomery
    Alabama 36130


    Attorney General
    State of Alabama
    State Capitol
    600 Dexter Avenue
    Montgomery
    Alabama 36130


Respectfully submitted, this 10th , day of October, 2007

*Egbuonu Zephyr*
Zephyrinus Egbuonu

Zephyrinus Egbuonu
#27041 - 265
Federal Detention Center
P. O. Box 5010
Oakdale, Louisiana 71463

ALEXANDRIA LA 713
15 OCT 2007 PM

Office of the Clerk (Case no. 2:07cv685)
Civil Division
United States District Court
Middle District of Alabama
15 Lee Street
Montgomery, Alabama 36104

LEGAL MAIL