IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

ZEPHYRINUS EGBUONU,   *
#27041-265
    Plaintiff,   *

    v.   *   2:07-CV-685-ID

KITCHEN STEWARD WILLIAM,   *
*et al.*,
    Defendants.   *

_____

**ORDER ON MOTION**

Before the court is Plaintiff's Motion for Leave to Amend Complaint. Plaintiff seeks to name Warden Terrence McDonnell as a defendant stating he improperly identified Warden McDonnell as "Warden Campbell" in his original complaint. Upon consideration of Plaintiff's motion, and for good cause, it is

ORDERED that:

1. The Motion for Leave to Amend Complaint to add Terrence McDonnell as a defendant (*Doc. No. 26*) is GRANTED;

2. Defendant McDonnell undertake a review of the subject matter of the complaint, (a) to ascertain the facts and circumstances; (b) to consider whether any action should be taken to resolve the subject matter of the complaint; and (c) to determine whether other similar complaints should be considered together;

3. On or before **November 27, 2007** Defendant McDonnell shall file a written report

with the court and serve a copy upon Plaintiff. The written report must contain the sworn statements of all persons having knowledge of the subject matter of the complaint. Authorization is hereby granted to interview all witnesses, including Plaintiff. <u>Whenever relevant, copies of medical and/or psychiatric records shall be attached to the written report. Where Plaintiff's claims or Defendants' defenses relate to or involve the application of administrative rules, regulations or guidelines, the written report shall include copies of all such applicable administrative rules, regulations or guidelines.</u>

4. On or before **November 27, 2007** Defendant McDonnell shall file an answer;

5. <u>No</u> motion for summary judgment, motion to dismiss or any other dispositive motions addressed to the complaint be filed by any party without permission of the court. If any pleading denominated as a motion for summary judgment, motion to dismiss or other dispositive motion is sent to the court, the court shall not file or otherwise treat the pleading as a dispositive motion until and unless further order of the court.

The CLERK is hereby DIRECTED to furnish a copy of this order to Plaintiff and a copy of this order, the complaint, amended complaint, and the court's September 20, 2007 order (*Doc. Nos. 1, 14, 26*) to Terrence McDonnell. A copy of this order and the amendment to the complaint shall likewise be furnished to all other Defendants, counsel of record, the General Counsel for the Alabama Department of Corrections, and the Attorney General for the State of Alabama.

Done, this 19th day of October 2007.

                          /s/ Terry F. Moorer
                          TERRY F. MOORER
                          UNITED STATES MAGISTRATE JUDGE