**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the ~~mailpiece~~

Warden Terrance McDonnell
Kilby Correctional Facility
P. O. Box 150
Mt. Meigs, AL 36057-0150

07cv685 Order Cmp + Ans

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Bruce Vernum_    ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

_Bruce Vermilyn_    10/22/07

dress different from item 1?    ☐ Yes
delivery address below:    ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7006 2760 0005 4873 8221

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540