IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ZEPHYRINUS EGBUONU | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CASE NO. 2:07-CV-685-ID |
| KILBY CORRECTIONAL | ) |
| FACILITY, ET AL. | ) |
| | ) |
| Defendants. | ) |
| | ) |

**MOTION FOR EXTENSION OF TIME**

COME NOW the Defendants, Howard Williams, Kenneth Cash, Bobby Barrett, Leon Varner, Michael Warren, W.G. Rowell, and Terrance McDonnell, by and through the Attorney General for the State of Alabama, the Honorable Troy King, and respectfully move this Honorable Court for an extension of time to and including November 27, 2007, for all Defendants to file an Answer and Special Report. For grounds the Defendants state:

1. The Answer and Special Report for Howard Williams, Kenneth Cash, Bobby Barrett, Leon Varner, Michael Warren, and W.G. Rowell are due October 29, 2007.

2. Terrance McDonnell has been added as a defendant in the case and his Answer and Special Report are due November 27, 2007.

2. The Plaintiff's complaint is long and his allegations are varied against each Defendant.

3. The undersigned counsel requires additional time in which to prepare an adequate response to Plaintiff's lengthy complaint.

4. The granting of this request will result in judicial economy with one Answer and Special Report being filed for all Defendants.

5. No party will be prejudiced by the granting of this request.

WHEREFORE, based on the foregoing the Defendants respectfully request the deadline for all Defendants to file their response to Plaintiff's complaint be extended to and including November 27, 2007.

    Respectfully submitted,

    TROY KING
    ATTORNEY GENERAL


    /s/ *Benjamin H. Albritton*
    Benjamin H. Albritton
    ASSISTANT ATTORNEY GENERAL

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 26th day of October 2007, electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I further certify that I have served a copy of the same by first-class United States Mail, postage prepaid and addressed upon the following:

Zephyrinus Egbuonu
Reg. No. 27041-265
Federal Detention Center
PO Box 5010
Oakdale, LA 71463

/s/ *Benjamin H. Albritton*
Benjamin H. Albritton

**ADDRESS OF COUNSEL:**
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama 36130-0152
334-242-7555
334-242-2433 (Fax)
balbritton@ago.state.al.us