IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| ZEPHYRINUS EGBUONU, #27041-265 | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-685-ID |
| KITCHEN STEWARD WILLIAM, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER**

For good cause, it is

ORDERED that on or before December 14, 2007 Defendants show cause for failing to comply with the court's October 29, 2007 order.  (*See Doc. No. 30*.)

Done, this 6th day of December 2007.

                                        /s/ Terry F. Moorer
                                        TERRY F. MOORER
                                        UNITED STATES MAGISTRATE JUDGE