IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ZEPHYRINUS EGBUONU | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| | ) |
| | ) CASE NO. 2:07-CV-685-ID |
| KILBY CORRECTIONAL | ) |
| FACILITY, ET AL. | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

### RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW Defendants Howard Williams, Kenneth Cash, Bobby Barrett, Leon Varner, Michael Warren, W.G. Rowell, and Terrance McDonnell, by and through the undersigned counsel, and respectfully respond to the Court's December 6, 2007, Order to Show Cause (Doc. 31) as follows:

1. Undersigned counsel's office received the Court's October 29, 2007, Order granting Defendants' Request for Extension, however, due to an inadvertent oversight and/or excusable neglect, the Order was never entered into undersigned counsel's computer file nor was its deadline placed on undersigned counsel's calendar.

2. It was not until after the Court's deadline had expired and this Court's December 6, 2007, Order to Show Cause was entered that this oversight came to the attention of the undersigned.

3. Once the oversight was realized, undersigned counsel took immediate steps to prepare the Special Report requested in the October 29, 2007, Order.

4. Plaintiff has not been prejudiced by the inadvertent oversight and resulting delay.

Respectfully submitted,

TROY KING
ATTORNEY GENERAL

*/s/Benjamin H. Albritton*
Benjamin H. Albritton (ASB-0993-R67B)
ASSISTANT ATTORNEY GENERAL

## CERTIFICATE OF SERVICE

I hereby certify that I have this 7th day of December, 2007, served a copy of the foregoing by first-class United States Mail, postage prepaid and addressed upon the following:

Zephyrinus Egbuonu
Reg. No. 27041-265
Federal Detention Center
PO Box 5010
Oakdale, LA 71463

*/s/Benjamin H. Albritton*
Benjamin H. Albritton
ASSISTANT ATTORNEY GENERAL

**ADDRESS OF COUNSEL:**
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama 36130-0152
334-242-7300
334-242-2433 (Fax)