**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **ZEPHYRINUS EGBUONU** | ) | |
| | ) | |
| **Plaintiff(s),** | ) | |
| | ) | |
| | ) | |
| | ) | **CASE NO. 2:07-CV-685-ID** |
| **KILBY CORRECTIONAL** | ) | |
| **FACILITY, ET AL.** | ) | |
| | ) | |
| **Defendant(s).** | ) | |
| | ) | |

## ANSWER OF DEFENDANT(S)

COMES NOW Defendants Howard Williams, Kenneth Cash, Bobby Barrett, Leon Varner, Michael Warren, W.G. Rowell, and Terrance McDonnell, by and through the undersigned counsel, and for their Answer to the above-styled action, state as follows:

Defendants deny each and every material allegation made in the Complaint, and demand strict proof thereof.

Defendants deny that they violated any of the Plaintiff's constitutional rights.

Defendants deny that they violated the Plaintiff's due process or equal protection rights.

Defendants deny that they caused or allowed to continue any unconstitutional condition of the Plaintiff's confinement.

Defendants deny that they conspired, retaliated or discriminated against the Plaintiff in any way.

## DEFENSES AND AFFIRMATIVE DEFENSES

The Plaintiff has failed to state a claim upon which relief may be granted.

Plaintiff assumed the risk of injury and is barred from recovery.

Plaintiff's own actions caused and/or contributed to any alleged injuries and he is therefore barred from recovery.

Defendants are entitled to qualified immunity.

Defendants are entitled to sovereign immunity under the Eleventh Amendment to the United States Constitution.

<div style="margin-left:40%">

Respectfully submitted,

TROY KING
ATTORNEY GENERAL


*/s/Benjamin H. Albritton*
Benjamin H. Albritton (ASB-0993-R67B)
ASSISTANT ATTORNEY GENERAL

</div>

## CERTIFICATE OF SERVICE

I hereby certify that I have this 7th day of December, 2007, served a copy of the foregoing by first-class United States Mail, postage prepaid and addressed upon the following:

Zephyrinus Egbuonu
Reg. No. 27041-265
Federal Detention Center
PO Box 5010
Oakdale, LA 71463

<div style="margin-left:40%">

*/s/Benjamin H. Albritton*
Benjamin H. Albritton
ASSISTANT ATTORNEY GENERAL

</div>

**ADDRESS OF COUNSEL:**
Office of the Attorney General
Alabama State House

11 South Union Street
Montgomery, Alabama 36130-0152
334-242-7300
334-242-2433 (Fax)