IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ZEPHYRINUS EGBUONU | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| | ) |
| | ) CASE NO. 2:07-CV-685-ID |
| KILBY CORRECTIONAL | ) |
| FACILITY, ET AL. | ) |
| | ) |
|     **Defendants.** | ) |
| | ) |

## CONFLICT DISCLOSURE STATEMENT

    COMES NOW, Howard Williams, Kenneth Cash, Bobby Barrett, Leon Varner, Michael Warren, W.G. Rowell, and Terrance McDonnell, Defendants in the above-captioned matter, and in accordance with the order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [x] This party is an individual, or
- [ ] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                  Relationship to Party

_____     _____

_____     _____

_____     _____

_____     _____

Respectfully submitted,

TROY KING
ATTORNEY GENERAL


*/s/Benjamin H. Albritton*
Benjamin H. Albritton (ASB-0993-R67B)
ASSISTANT ATTORNEY GENERAL

Counsel for Howard Williams, Kenneth Cash, Bobby Barrett, Leon Varner, Michael Warren, W.G. Rowell, and Terrance McDonnell


## CERTIFICATE OF SERVICE

I hereby certify that I have this 20th day of December, 2007, served a copy of the foregoing by first-class United States Mail, postage prepaid and addressed upon the following:

Zephyrinus Egbuonu
Reg. No. 27041-265
Federal Detention Center
PO Box 5010
Oakdale, LA 71463


*/s/Benjamin H. Albritton*
Benjamin H. Albritton
ASSISTANT ATTORNEY GENERAL

**ADDRESS OF COUNSEL:**
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama 36130-0152
334-242-7300
334-242-2433 (Fax)