IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ZEPHYRINUS EGBUONU<br>　　　Plaintiff,<br><br>vs.<br><br>KITCHEN STEWARD WILLIAM, et al.,<br>　　　Defendants. | CASE NO.: 2:07-CV-685-ID |

## MOTION FOR EXTENSION OF TIME

**Comes Now** Plaintiff (Pro-Se) respectfully moves this Court for an extension of time to and including 02/02/08 for Plaintiff to file a response to such Defendants' pleadings.  For grounds Plaintiff states:

1.  The Defendant Terrence McDonnell has not filed his affidavit to the Court nor provided Plaintiff a copy of his filed affidavit.

2.  The Defendants' opposition to Plaintiff's Civil Complaint is length and complex.

3.  The Plaintiff will be unable to adequately obtain an affidavit and affidavit of his witnesses and response by 01/02/08 deadline.

4.  The Plaintiff is proceeding Pro-se and lacks knowledge in Civil Litigation and requires extension of time to prepare an adequate response to Defendant's opposition pleading.

5. The granting of this request will result in judicial economy with a Plaintiff response answer being filed together against all Defendants including Terrence McDonnell at one time.

6. No party will be prejudiced by the granting of this request.

W H E R E F O R E, based on the foregoing the Plaintiff respectfully requests that the Court grant this motion, and allow for thirty (30) additional days to file his response pleading to such defendants' opposition pleadings, making the extended deadline 02/02/08.

December 28, 2007
Date

Respectfully Submitted,

Egbuonu Zephyry

Zephyrinus Egbuonu
FDC # 27041 - 265
FEDERAL DETENTION CENTER
P. O. BOX 5010
OAKDALE, LOUISIANA 71463

**CERTIFICATE OF SERVICE**

I certify that I have served a true and correct copy of Plaintiff's Motion for Extension of Time via United States Postal Service, Postage Prepaid, properly affixed and addressed to:

Benjamin H. Albritton, Assistant Attorney General

Office of the Attorney General

Alabama State House

11 South Union Street

Montgomery, Alabama 36130-0152


Respectfully Sumbitted, this <u>18th,</u> day of December, 2007

*Egbuonu Zephyr*

Zephyrinus Egbuonu
FDC # 27041-265
Federal Detention Center
P. O. Box 5010
Oakdale, Louisiana 71463

ZEPHYRINUS EGBUONU
FDC 3 27041-265
FEDERAL DETENTION CENTER
P. O. BOX 5010
OAKDALE, LOUISIANA 71463

NORTH TEXAS P&DC
TX 750
24 DEC 2007 PM 7 T



OFFICE OF THE CLERK(Case No. 2:07-cv-685-ID)
CIVIL DIVISION
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
15 LEE STREET
MONTGOMERY, ALABAMA 36104