IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| ZEPHYRINUS EGBUONU, #27041-265 | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-685-ID |
| KITCHEN STEWARD WILLIAM, *et al.*, | * | |
| Defendants. | * | |

_____

## ORDER ON MOTION

Upon consideration of Plaintiff's Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Plaintiff's Motion for Extension of Time (*Doc. No. 44*) is GRANTED;

2. Plaintiff is GRANTED an extension from January 2, 2008 to February 1, 2008 to file his opposition to Defendants' written report.

Done, this 8th day of January 2008.

                                                          /s/ Terry F. Moorer
                                                          TERRY F. MOORER
                                                          UNITED STATES MAGISTRATE JUDGE