IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ZEPHYRINUS EGBUONU,<br>#27041-265<br>　　Plaintiff, | 2008 JAN 29 A 9:19 |
| v. | 2:07-CV-685-ID |
| KITCHEN STEWARD WILLIAM,<br>et al.,<br>　　Defendants. | |

### MOTION REQUESTING FOR COPY OF DEFENDANT AFFIDAVIT

　　Comes Now Plaintiff, Zephyrinus Egbuonu (Pro-Se), respectfully moves this Court to provide him and or order Defendant to provide him with true copy of the the Defendant Terrence McDonnell affidavit as with respect to Paintiff's Civil Complaint on grounds that:

　　1.　The Defendant Terrence McDonnell has not provided the Plaintiff with a true copy of his affidavit and Plaintiff has a Court deadline of February 2, 2008 to response to Defendants' oppostion special report to his filed Civil Complaint.

　　W H E R R F O R E, for the foregoing reasons this Court shall order and provide Plaintiff with the true copy of Defendant Terrence McDonald affidavit.

Respectfully submitted, this  22nd  day of January 2008

　　　　　　　　　　　　　　　　　　　*Egbuonu Zephyr*
　　　　　　　　　　　　　　　　　　　Zephyrinus Egbuonu
　　　　　　　　　　　　　　　　　　　FDC # 27041-265

Federal Detention Center
P. O. Box 5010
Oakdale, Louisiana 71463

## CERTIFICATE OF SERVICE

I certify that I have served a true and correct copy of Motion Requesting for Copy of Defendant Affidavit via United States Postal Service, Postage Prepaid, properly affixed and addressed to:

Office of the Attorney General

Alabama State Union

11 South Union Street

Montgomery, Alabama 36130-0152

Respectfully submitted, this <u>22nd,</u> day of January, 2008.

*Egbuonu Zephyr*
Zephyrinus Egbuonu
FDC # 27041-265
Federal Detention Center
P. O. Box 5010
Oakdale, Louisiana 71463

Zepnyrinus Egbuonu
FDC # 27041 - 265
FEDERAL DETENTION CENTER
P. O. BOX 5010
OAKDALE, LOUISIANA 71463



Office of the Clerk
Civil Division
United States District Court
Middle District of Alabama
15 Lee Street
Montgomery, Alabama 36104