IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

ZEPHYRINUS EGBUONU,            *
#27041-265
    Plaintiff,                 *

v.                              *          2:07-CV-685-ID

KITCHEN STEWARD WILLIAM,        *
*et al.*,
    Defendants.                *

_____

**ORDER ON MOTION**

Before the court is Plaintiff's motion to compel filed on January 29, 2008. He requests that Defendants be directed to provide him with a copy of Defendant McDonnell's affidavit. A review of Defendants' special report reflects that Defendant McDonnell did not submit an affidavit. Accordingly, it is

ORDERED that the motion to compel (*Doc. No. 46*) be and is hereby DENIED. It is further

ORDERED that on or before February 13, 2008 Defendant McDonnell file an affidavit regarding his knowledge of the subject matter of the complaint filed in this case. Plaintiff is GRANTED an extension from February 1, 2008 to February 25, 2008 to file a response to Defendant McDonnell's affidavit in accordance with the directives contained in the court's December 10, 2007 order. (*See Doc. No. 35*.)

Done, this 30th day of January 2008.

                                          /s/ Terry F. Moorer
                                          TERRY F. MOORER
                                          UNITED STATES MAGISTRATE JUDGE