IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| ZEPHYRINUS EGBUONU, #27041-265 | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-685-ID |
| KITCHEN STEWARD WILLIAM, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's second motion to compel requesting that Defendants be directed to provide him with a copy of Defendant McDonnell's affidavit, and in light of the court's January 30, 2008 order directing Defendant McDonnell file an affidavit regarding his knowledge of the subject matter of the complaint filed in this case and further granting Plaintiff an extension to file a response to Defendant McDonnell's affidavit (*see Doc. No. 47*), it is

ORDERED that the motion (*Doc. No. 49*) be and is hereby DENIED as moot.

Done, this 5th day of February 2008.

    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE