IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ZEPHYRINUS EGBUONU** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) 2:07-CV-685-ID |
| **KILBY CORRECTIONAL** | ) |
| **FACILITY, ET AL.** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## NOTICE OF COMPLIANCE WITH COURT ORDER

COME NOW the Defendants, Howard Williams, Kenneth Cash, Bobby Barrett, Leon Varner, Michael Warren, W.G. Rowell, and Terrance McDonnell, by and through undersigned counsel, and in accordance with this Honorable Court's January 30, 2008, (Doc. 47) Order, submit the affidavit of Terrance McDonnell, attached hereto as "Exhibit 7", in support of their previously filed Special Report.

                                                Respectfully submitted,

                                                TROY KING
                                                ATTORNEY GENERAL

                                                */s/ Benjamin H. Albritton*
                                                Benjamin H. Albritton (ASB-0993-R67B)
                                                ASSISTANT ATTORNEY GENERAL

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 11th day of February, 2008, served a copy of the foregoing by first-class United States Mail, postage prepaid and addressed upon the following:

Zephyrinus Egbuonu
Reg. No. 27041-265
Federal Detention Center
PO Box 5010
Oakdale, LA 71463

／s/ Benjamin H. Albritton
Benjamin H. Albritton
ASSISTANT ATTORNEY GENERAL

**ADDRESS OF COUNSEL:**

Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama 36130-0152
334-242-7555
334-242-2433 (Fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Zephrinus Egbuonu, 242109
PLAINTIFF

CIVIL ACTION: 2:07 CV 685-ID

VS
Kilby Correctional Facility, et.al.
DEFENDANT

AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said county and State of Alabama at large, personally appeared Terrance McDonnell, who being know to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Terrance McDonnell, and I am presently employed as Associate Commissioner of Programs with the Alabama Department of Corrections, Montgomery, Alabama. I am over nineteen (19) years of age.

I, Terrance McDonnell, was the Correctional Warden III at Kilby Correctional Facility at the time specified in this complaint. I am responsible for the administrative operations of the prison. The Kilby Food Services Division is operated and supervised by Chief Steward Michael Warren. In the Chief Steward's absence Steward II's assumes this position. The Chief Steward is responsible to insure all safety policies and procedures are implemented and adequate equipment is available for the inmate's use in performing their job duties. The Chief Steward is responsible for presenting requests to the Business Manager to purchase needed items, supplies, equipment, and materials to include elbow length neoprene gloves. Budgeted funds or Institutional Contingency Funds are available to provide for the safety and sanitary conditions in the kitchen regarding inmates health and safety.

I do not recall receiving any requests or complaints from Inmate Egbuonu regarding any health problems or complaints concerning the Food Services Division.

The Chief Steward is responsible for training all Stewards in food preparation, compliance with Public Health Department safety requirements regarding dish washing temperatures and detergent usage. The Stewards Is & IIs are then required to train and

1

DEFENDANT'S EXHIBIT 7

monitor the inmate usage of detergent, water temperatures for washing, rinsing and sanitizing the pots and pans and utensils. The Chief Steward and Stewards I & II then monitor the proper usage of such to insure compliance throughout the day on each shift.

The Laundry Manager, Tommy Dawson, is responsible for ordering all brogans for inmate workers to use in the kitchen unless they request to wear their personal leather/vinyl tennis shoes. Any inmate who has worn out or torn brogans can report to the laundry manager to show him their brogans and more will be issued if they are determined to be defective or worn out.

My Plant Maintenance Supervisor III assigns I to 2 inmates to work full time in the kitchen to insure all minor mechanical problems are corrected immediately. If parts need to be ordered a Maintenance Supervisor will order the parts promptly and insure the repairs are properly done and as quickly as possible. A Maintenance Supervisor is contacted for assistance when anything more than minor repairs are needed. A Maintenance man inspects all repairs made by the inmate maintenance workers in the kitchen. Also, the Maintenance employee inspects the kitchen throughout each day for deficiencies.

All inmates have ample access to the Kilby Inmate Law Library Monday through Friday from 8:00 AM to 4:00 PM and on Saturdays from 3:00 PM to 6:00 PM regardless of job assignments and working hours. Inmate Egbuonu visited the Law Library 172 days from October, 2005 to July 31, 2006, according to the law library sign in roster.

The medical file on Inmate Egbuonu was reviewed by the Prison Health Services Health Services Administrator, Ms. Linda Lawrence, from the date he arrived at Kilby Correctional Facility on 9-6-05 until his transfer to Staton Correctional Facility on 8/1/07, to see if he signed up for sick call or sent any complaints concerning any type problems with his hands. The review found no requests for sick call related to any type problems with his hands or fingers.

Inmate kitchen workers are free from cruel and unusual punishment. They must follow the training instructions, institutional rules and regulations and safety guidelines given to them by the Stewards in the kitchen. Safety equipment and "gear" is provided to all inmates in accordance with their job assignments.

I have not violated Inmate Egbuonu's constitutional rights in any manner.

*[signature]*
Terrance McDonnell, Assoc. Commissioner
Kilby Correctional Facility

State of Alabama
Montgomery, AL

Sworn to and subscribed before me and under my hand and official seal this the 10th day of December, 2007.

*Sandra M. McLure*
Notary Public
My comm. expires 3/27/2011