IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ZEPHYRINUS EGBUONU, #27041-265 | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-685-ID |
| KITCHEN STEWARD WILLIAM, *et al.*, | * | |
| Defendants. | * | |

**ORDER ON MOTION**

Upon consideration of Plaintiff's motion to substitute affidavits signed by a notary public for the non-notarized affidavits submitted on February 1, 2008 in support of his opposition, and for good cause, it is

ORDERED that the motion (*Doc. No. 54*) be and is hereby GRANTED.

The Clerk is DIRECTED to substitute the non-notarized affidavits submitted with Plaintiff's opposition filed February 1, 2008 with the notarized affidavits filed on February 19, 2008.

Done, this 20th day of February 2008.

    /s/ Terry F. Moorer
    TERRY F. MOORER
    UNITED STATES MAGISTRATE JUDGE