IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ZEPHYRINUS EGBUONU, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 2:07cv685-ID |
| KITCHEN STEWARD WILLIAM, *et al.*, | ) |
| Defendants. | ) |

**ORDER**

Before the court are Plaintiff Egbuonu's Objections and the Recommendation of the Magistrate Judge (Docs. No. 60 and 63). Having conducted a *de novo* determination of those portions of the Recommendation of the Magistrate Judge to which objection is made, it is CONSIDERED and ORDERED as follows:

1. That said objections be and the same are hereby OVERRULED.

2. The Recommendation of the Magistrate Judge be and the same is hereby ADOPTED, APPROVED and AFFIRMED.

3. That this action be and the same is hereby DISMISSED, without prejudice, due to Plaintiff's failures to prosecute this action and comply with the orders of this court.

Done this 9th day of March, 2010.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE